**Order entered December 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00298-CV**

**VENKY VENKATRAMAN, Appellant**

**V.**

**STEPHEN D. SKINNER, ET AL., Appellees**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

**ORDER**

Before the Court is appellant's December 19, 2022 second motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **January 23, 2023**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE